UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case Number 23-51414
v.        Honorable David M. Lawson

RAMI LAZEKI,

        Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Pursuant to the stipulation of the parties (ECF No. 25), it is **ORDERED** that the government's response to the defendant's objection to the writ of garnishment must be filed **on or before January 31, 2024**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:  December 20, 2023