UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case Number 23-51414

v.                                           Honorable David M. Lawson

RAMI LAZEKI,

        Defendant.
_____/

**SECOND ORDER EXTENDING TIME TO RESPOND**

Pursuant to the stipulation of the parties (ECF No. 28), it is **ORDERED** that the government's response to the defendant's objection to the writ of garnishment must be filed **on or before February 13, 2024**.

It is further **ORDERED** that no action shall be taken on the assets putatively subject to garnishment until further order of the Court.

                                                           s/David M. Lawson
                                                           DAVID M. LAWSON
                                                           United States District Judge

Dated: January 31, 2024