UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff(s),

v.              Case No. 2:23−mc−51414−DML
                Hon. David M. Lawson

Rami Lazeki,

      Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 767, Detroit, Michigan, for the following proceeding(s):

- OBJECTION TO GARNISHMENT HEARING: May 1, 2024 at 10:00 AM

**ADDITIONAL INFORMATION:** Continued Hearing on Objection to Garnishment

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/S. Pinkowski
                 Case Manager

Dated: March 13, 2024