UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case Number 23-51414
        Honorable David M. Lawson

RAMI LAZEKI,

        Defendant.
_____/

**GARNISHEE ORDER TO PAY**

Pursuant to the stipulation of the parties (ECF No. 36), the following is **ORDERED**:

1.    Garnishee Comerica Bank shall liquidate the account held in the name of defendant Rami Lazeki and holding approximately $17,303.78.

2.    Garnishee New York Life Insurance Company shall liquidate the life insurance policy held by defendant Rami Lazeki and identified by policy #14311477, having an approximate value of $36,895.05.

3.    Garnishee JP Morgan Chase Bank shall liquidate the entire balance of the accounts held in defendant Rami Lazeki's name with account numbers ending in 2019 (valued at approximately $24,673.48), 3300 (valued at approximately $0.31), 4706 (valued at approximately $233,609.46); and the garnishee shall liquidate $8,291.06 from the balance of the defendant's account with the account number ending in 7357.

4.    The proceeds from the liquidation of the defendant's holdings enumerated above shall be remitted to the Clerk of Court (USDC-EDMI), Attn: Financial, 231 W. Lafayette, Detroit, MI 48226, with the payment made payable to the United States. The Clerk of Court shall distribute the funds received in accordance with the provisions of the judgment in *United States v. Lazeki*, No. 19-20652 (E.D. Mich.).

- 2 -

5. Upon receipt by the Clerk of the proceeds of the accounts enumerated above, garnishees Comerica Bank, New York Life Insurance Company, and JP Morgan Chase Bank shall be released from any further obligation under the writs of garnishment issued by the United States, and the writs against those garnishees shall be **DISSOLVED**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: April 2, 2024