UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case Number 23-51414
v.                                            Honorable David M. Lawson

RAMI LAZEKI,

        Defendant.
_____/

## **AMENDED GARNISHEE ORDER TO PAY**

Pursuant to the stipulation of the parties (ECF No. 43), the following is **ORDERED**:

1.     The non-party account holder American Funds Service Company, an affiliate of garnishee The Capital Group Companies, Inc., shall liquidate: $35,726.76 from the account known as "VCSP/COLLEGEAMERICA RAMI LAZEKI OWNER FBO MARIAM LAZEKI", number ending in XXXX2473; and $35,726.76 from the account known as "VCSP/COLLEGEAMERICA RAMI LAZEKI OWNER FBO JUAN LAZEKI", number ending in XXXX2510 for a total of $71,453.52.

2.     The proceeds from the liquidation of the defendant's holdings shall be remitted to the Clerk of Court (USDC-EDMI), Attn: Financial, 231 W. Lafayette, Detroit, MI 48226, with the payment made payable to the United States.  The Clerk of Court shall distribute the funds received in accordance with the provisions of the judgment in *United States v. Lazeki*, No. 19-20652 (E.D. Mich.).

5.     Upon receipt by the Clerk of the proceeds identified above, garnishee The Capital Group Companies, Inc. and its affiliate American Funds Service Company shall be released from

- 2 -

any further obligation under the writs of garnishment issued by the United States, and the writs against the garnishee shall be **DISSOLVED**.

                                                     s/David M. Lawson  
                                                     DAVID M. LAWSON  
                                                     United States District Judge

Dated: September 12, 2024